The People of the State of New York v. George M. Ruddy.— Motion

granted and appellant's time in which to serve and file appellant's points extended to and including October 28, 1929, with notice of argument for November 14, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.